1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

2

3 | JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

4 | GEORGE O. HAGEMAN (CABN 332457)
Assistant United States Attorney

5

6 | 60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5044

7 | George.Hageman@usdoj.gov

8 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:11-CR-00355-EJD-26 |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ROBERTO MARTINEZ, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above superseding indictment (Dkt. 149) against Roberto Martinez.

DATED: January 22, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

             /s/
JEFF MITCHELL
Chief, Criminal Division

NOTICE OF DISMISSAL
No. 5:11-CR-00355-EJD-26

1  Leave is granted to the government to dismiss the superseding indictment (Dkt. 149) against
2  Roberto Martinez.
3
4
5  Date: _____
6                                                    _____
                                                     HON. EDWARD J. DAVILA
                                                     United States District Judge

NOTICE OF DISMISSAL
No. 5:11-CR-00355-EJD-26