```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
    JEFF MITCHELL (CABN 236225)
 3  Chief, Criminal Division

 4  GEORGE O. HAGEMAN (CABN 332457)
    Assistant United States Attorney
 5
        60 South Market Street, Suite 1200
 6      San Jose, California 95113
        Telephone: (408) 535-5044
 7      George.Hageman@usdoj.gov

 8  Attorneys for United States of America
```

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, | ) NO. 5:11-CR-00355-EJD-26 |
| 13 | Plaintiff, | ) NOTICE OF DISMISSAL & ORDER |
| 14 | v. | ) |
| 15 | ROBERTO MARTINEZ, | ) |
| 16 | Defendant. | ) |

17

18      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

19 States Attorney for the Northern District of California dismisses the above superseding indictment (Dkt.

20 149) against Roberto Martinez.

21

22 DATED: January 22, 2026                        Respectfully submitted,

23                                                CRAIG H. MISSAKIAN
                                                  United States Attorney
24

25                                                _____/s/_____
                                                  JEFF MITCHELL
26                                                Chief, Criminal Division

27

28

NOTICE OF DISMISSAL
No. 5:11-CR-00355-EJD-26

1  Leave is granted to the government to dismiss the superseding indictment (Dkt. 149) against
2  Roberto Martinez.
3
4
5  Date:  January 26, 2026
6  HON. EDWARD J. DAVILA
   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL
No. 5:11-CR-00355-EJD-26